IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
- AT CLARKSBURG -

ELECTRONICALLY FILED
Jun 20 2024
U.S. DISTRICT COURT
Northern District of WV

JUSTIN W. SANDY,

   Plaintiff,

v.  \\  Civil Action No.: **1:24-CV-61**

     Judge: **Kleeh**

I SUPPLY CO. and
JOHN DOE EMPLOYEE,

   Defendants.

## COMPLAINT

### Part 1 – Parties, Venue and Jurisdiction

1. The Plaintiff is a resident of Salem, Doddridge County, West Virginia, and was so at all times relevant to this Complaint.

2. Defendant I Supply Co. ["I Supply"] is, upon information and belief, an Ohio corporation that is registered to do business in the State of West Virginia. According to the West Virginia Secretary of State's office, Defendant I Supply maintains its principle place of business in Fairborn, Ohio.

3. Defendant I Supply provides foodservice packaging materials, paper and janitorial cleaning supplies to customers in its distribution network, which includes the State of West Virginia. Thus, the Defendant maintains significant contacts with the State of West Virginia.

4.     Defendant John Doe is the as yet identified operator of the I Supply vehicle involved in the crash described below.  Defendant John Doe is, upon information and belief, domiciled in the State of Ohio.

5.     Venue is proper in the United States District Court for the Northern District of West Virginia, Clarksburg Division, pursuant to 28 U.S.C. §1391(b)(2) as the events giving rise to Plaintiff's cause of action arose in Doddridge County, West Virginia.

6.     Diversity jurisdiction is proper in the United States District Court for the Northern District of West Virginia pursuant to 28 U.S.C. § 1332(a)(1) as the amount in controversy exceeds the $75,000.00 jurisdictional minimum, exclusive of interest and costs, and is between citizens of different States.

## Part 2 – Negligence

7.     The Plaintiff repleads, as though fully set forth herein, all other paragraphs of this Complaint.

8.     On September 10, 2022, the Plaintiff was travelling on Route 50 West near Antioch in Doddridge County, West Virginia.

9.     At that same time, Defendant John Doe was operating a truck and travelling directly behind Plaintiff on Route 50 near Antioch in Doddridge County, West Virginia, when he crashed into the rear of the Plaintiff's vehicle, causing the Plaintiff to suffer serious injuries, some of which have caused chronic or permanent symptoms.

10.    The Plaintiff's injuries include, among other things, a sprain of the ligaments of the cervical spine, sprain of the right acromioclavicular joint, sprain of the

sacroiliac joint, neck, shoulder and back pain, as well as post-traumatic stress disorder and anxiety, all of which have since required ongoing medical treatment.

11.   The Plaintiff's injuries were proximately caused by the negligence of Defendant John Doe. Defendant John Doe's negligent acts include, but are not necessarily limited to, following too closely and failing to maintain a proper lookout and control of his vehicle.

12.   Upon information and belief, Defendant John Doe's conduct, as described above, took place within the course and scope of his employment with Defendant I Supply. Therefore, Defendant I Supply is liable for all harms and losses proximately caused by Defendant John Doe's negligence pursuant to the doctrine of respondeat superior.

**WHEREFORE**, the Plaintiff Justin W. Sandy seeks relief from the Defendants as follows:

 a. Compensatory damages for past and future medical expenses, loss of household services and other such damages in an amount to be determined by the jury upon proper proof presented at trial;

 b. General damages, past and future, for pain, suffering, permanent injury, loss of enjoyment of life, emotional distress, and other such damages in an amount to be determined by the jury upon proper proof presented at trial;

 c. Attorney's fees, costs and expenses incurred in the prosecution of this claim;

 d. Pre-judgment and post-judgment interest as permitted by law;

 e. Any other such relief, available at law or in equity, that is deemed appropriate as this matter matures for trial.

**THE PLAINTIFF DEMANDS A JURY TRIAL**

Dated this 20th day of June 2024.

        Plaintiff, Justin W. Sandy
        by Counsel,

        /s/ T. Keith Gould
        T. Keith Gould (Bar No.: 7166)
        The Miley Legal Group, PLLC
        229 West Main Street, Suite 400
        Clarksburg, WV 26301
        (304) 326-1800 – telephone
        kgould@mileylegal.com