```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**JUSTIN W. SANDY,**

    **Plaintiff,**

    v.                                     **CIVIL NO. 1:24-CV-61**
                                                              **(KLEEH)**

**I SUPPLY CO. and**
**JOHN DOE EMPLOYEE,**

    **Defendants.**

## ORDER

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff filed a notice of dismissal. Accordingly, this action is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and any unrepresented parties.

DATED: September 19, 2024

*/s/ Tom S. Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA